# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

AMANDA MCCRAKEN,

        Plaintiff,

-vs-                                Case No. 6:09-cv-1954-Orl-28DAB

BUBBA'S WORLD, LLC, GHOLAMREZA BABAZADEH,

        Defendants.

## ORDER

This case is before the Court on Plaintiff's Verified Motion for Default Judgment (Doc. No. 16) filed August 2, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be denied as to the Fair Labor Standard Act ("FLSA") claim and denied without prejudice as to the state claims.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's Objection to the Report and Recommendation (Doc. No. 18), the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation, noting however, that this Court declines to retain jurisdiction over the state law claims. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed August 4, 2010 (Doc. No. 17) is **ADOPTED** and **CONFIRMED** as and made a part of this Order.

2. Plaintiff's Verified Motion for Default Judgment (Doc. No. 16) is **DENIED** and the Complaint is dismissed as to the FLSA claim.

3. Plaintiff's Verified Motion for Default Judgment on her state law claims (Doc. No. 16) is **DENIED without prejudice.** The state law claims are **DISMISSED without prejudice.** Plaintiff may pursue her state law claims in state court.

4. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 3rd day of September, 2010.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party